

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

Jeannette J. Clack

April 14, 2016

Mr. Daniel E. O'Toole, Clerk
U.S. Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Bldg.
717 Madison Place, N. W.
Washington, D. C.  20439

RE: USDC #A:15-cv-155 RP   A PTY Ltd. V. Ebay, Inc.

Dear Clerk:

In connection with this appeal, the following documents are transmitted.

| X | Certified copy of the notice of appeal (dkt #51), certified copy of the docket sheet, Appeal Information Sheet, judgment/order being appealed from (dkt #49 and #50). |

____X____  The filing fee has been paid for the appeal.

____X____  The District Judge entering the final judgment is Robert Pitman.

____X____  The Court Reporter for this case is Joe Reynosa.

If you need anything else please let me know.

Sincerely,

*Deanna Massie*

Jeannette J. Clack, Clerk
By: Deanna Massie, Deputy

cc:      Counsel of Record

APPEAL INFORMATION SHEET

---

FEDERAL CIRCUIT APPEAL INFORMATION SHEET

__X__   United States District Court for the __Western District of Texas - Austin Division__

Type of Case: __Patent Infringement 28 USC Sec. 1338__

Case Style:   A PTY Ltd. V.eBay, Inc..

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. __A:15CV155 RP__            Date of Judgment or Order: 02/29/2016 ,
                                       Cross or Related Appeal? __N__
Date of Notice of Appeal: __03/29/2016__   Appellant is: _X_ Plaintiff(s) ___ Defendant(s)
                                       _____ Other (explain) _____

FEES: Court of Appeals docket fee paid?     __X__ Yes _____ No
U. S. Appeal?                               _____ Yes __X__ No
In Forma Pauperis?                          _____ Yes __X__ No
Is this matter under seal?                  _____ Yes __X__ No

COUNSEL:
**For Plaintiff:**

**Daniel L. Schmid**
DiNovo Price Ellwanger and Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
512-539-2618
Fax: 512-539-2627
Email: dschmid@dpelaw.com

**Jay D. Ellwanger**
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway
Suite 350
Austin, TX 78731
(512) 539-2626
Fax: (512) 539-2627
Email: jellwanger@dpelaw.com

**William M. Parrish**
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway
Suite 350
Austin, TX 78731
(512) 539-2628
Fax: (512) 539-2627
Email: bparrish@dpelaw.com


## For Defendant:

**Carla Todenhagen**
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
(503) 595-5300
Fax: (503) 595-5300
Email: carla.todenhagen@klarquist.com


**John D. Vandenberg**
Klarquist Sparkman Campbell
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204-2988
(503) 226-7391
Fax: 503/228-9446
Email: john.vandenberg@klarquist.com


**Kristin L. Cleveland**
Klarquist Sparkman LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
(503) 595-5300
Fax: (503) 595-5301
Email: kristin.cleveland@klarquist.com


**Stephen J. Joncus**
Klarquist Sparkman, LLP
121 SW Salmon Street
Suite 1600
Portland, OR 97204
(503) 595-5300
Fax: (503) 595-5301
Email: stephen.joncus@klarquist.com

**For Special Master:**

**Karl O. Bayer , Jr.**
Karl Bayer, Attorney
8911 N. Capital of Texas Hwy.
Suite 2120
Austin, TX 78759-7200
(512)345-8537
Fax: (512)345-9469
Email: karl@karlbayer.com


COURT REPORTER:          Joe Reynosa  - joereynosa@yahoo.com

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.